NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PROVISUR TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**WEBER, INC.,**
*Cross-Appellant*

_____

2024-2137, 2024-2197

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00599.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                   PROVISUR TECHNOLOGIES, INC. v. WEBER, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

February 10, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 10, 2026